7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Danny Floyd Sublett and Connie Dale Sublett
*Debtor*

**J. Kevin Checkett**
    Plaintiff(s)

v.

**Shawn Sublett**
    Defendant(s)

*Bankruptcy Case No.*
13−60800−abf7

*Adversary Case No.*
13−06046−abf

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: That Judgment by Default is entered in favor of J. Kevin Checkett, Trustee in Bankruptcy, and against Shawn Sublett in the amount of $5,000.00, plus the costs of this proceeding

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 12/17/13

Court to serve